

FILED

CLERK, U.S. DISTRICT COURT

12/18/2024

CENTRAL DISTRICT OF CALIFORNIA

BY_____AP_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**Glennette Rodney,** Plaintiff,

vs.

**Ganas Auto,**
Defendant.

Case No.:                                      5:24-cv-02688-JGB(SHKx)

## COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE CONSUMER PROTECTION LAWS

### 1. Jurisdiction and Venue

1.1. This Court has jurisdiction under 15 U.S.C. § 1681 (Fair Credit Reporting Act), 15 U.S.C. § 1601 (Truth in Lending Act), and relevant California consumer protection laws.

1.2. Venue is proper as the events giving rise to this action occurred in this jurisdiction, and the Defendant conducts business within the Central District of California.

### 2. Parties

2.1. Plaintiff, Glennette Rodney, resides at 14485 Seneca Road, #218, Victorville, CA 92392.

2.2. Defendant, Ganas Auto, is a business entity with principal operations in California.

### 3. Factual Background

3.1. Plaintiff entered into a vehicle loan agreement with Ganas Auto in February 2020 for a vehicle valued at $21,421.

3.2. In March 2020, Defendant repossessed the vehicle and reported the account as a "paid repossession" to credit reporting agencies, despite Plaintiff disputing the debt.

3.3. Plaintiff requested debt validation, including a copy of the original loan agreement, but Defendant failed to provide any documentation or validate the debt as required by law.

3.4. Plaintiff filed a formal complaint with the Better Business Bureau (BBB) regarding Defendant's actions, to which Defendant failed to respond.

3.5. Defendant's failure to validate the debt and refusal to provide the original contract has caused Plaintiff significant financial and emotional harm, including damage to her creditworthiness.

### 4. Legal Claims

#### Count 1: Violation of the Fair Credit Reporting Act (FCRA)

4.1. Defendant knowingly reported inaccurate information regarding Plaintiff's account to credit reporting agencies.

4.2. Defendant failed to correct inaccuracies after Plaintiff's dispute, violating FCRA requirements.

4.3. Defendant's inaccurate reporting caused harm to Plaintiff's credit score and financial opportunities.

N/S

4.4. Plaintiff seeks statutory damages of $1,000 per violation under 15 U.S.C. § 1681n, as well as punitive damages and actual damages.

### Count 2: Violation of the Fair Debt Collection Practices Act (FDCPA)

4.5. Defendant refused to validate the debt upon Plaintiff's written request, in violation of 15 U.S.C. § 1692g.

4.6. Defendant's actions resulted in financial harm and emotional distress for Plaintiff.

4.7. Plaintiff seeks statutory damages of $1,000 per violation under 15 U.S.C. § 1692k, in addition to punitive damages and compensation for emotional distress.

### Count 3: Violation of the Truth in Lending Act (TILA)

4.8. Defendant failed to disclose material terms of the loan and did not provide the original loan agreement upon Plaintiff's request.

4.9. These actions constitute violations of TILA's transparency requirements.

4.10. Plaintiff seeks statutory damages of $2,000 per violation under 15 U.S.C. § 1640, as well as punitive damages.

### Count 4: Breach of Contract

4.11. Defendant breached the loan agreement by repossessing the vehicle without proper validation of the debt.

4.12. Plaintiff seeks compensatory damages of $21,421 for the vehicle's value, along with additional damages for loss of use.

### Count 5: Fraud and Deceptive Practices

4.13. Defendant's refusal to provide the original contract and failure to respond to the BBB complaint demonstrates fraud and deceptive practices in violation of California consumer protection laws.

4.14. Plaintiff seeks damages of $10,000 for fraud, in addition to punitive damages and compensation for emotional distress.

### 5. Damages

5.1. Plaintiff has suffered damages, including but not limited to:

- Emotional distress due to Defendant's actions;
- Financial harm from the damage to Plaintiff's credit score;
- Loss of credit opportunities;
- Litigation costs.

  5.2. Plaintiff requests total damages of $85,000, encompassing statutory, punitive, and compensatory damages.

### 6. Relief Requested

Plaintiff respectfully requests the following relief:

- A declaration that Defendant violated federal and state laws;
- An order directing Defendant to provide the original loan agreement and validate the debt;

- An order directing Defendant to correct inaccurate credit reporting;
- Statutory damages of $1,000 per violation under FCRA and FDCPA, and $2,000 per violation under TILA;
- Compensation for emotional distress and financial harm;
- Compensatory damages of $21,421 for the vehicle's value;
- Punitive damages of $30,000 for fraud and deceptive practices;
- Reimbursement of litigation costs and attorney fees if applicable;
- Any other relief this Court deems just and proper.

**7. Verification**

I, Glennette Rodney, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated 12/18/2024

Glennette Rodney
Plaintiff, Pro Se
14485 Seneca Road, #218
Victorville, CA 92392

BBB was unable to obtain a response from the business regarding your case.



Better Business Bureau Serving the Pacific Southwest

Maricopa County Campus: 1010 E. Missouri Avenue., Phoenix, AZ 85014
Mohave County Campus: 60 S. Acoma Blvd., Unit #B102, Lake Havasu City, AZ 86403
Orange County Campus: 120 Newport Center Drive, Newport Beach, CA 92660
San Diego County Campus: 4747 Viewridge Ave #200, San Diego, CA 92123
Yavapai County Campus: 213 Grove Avenue, Prescott, AZ 86301
Yuma County Campus: 350 W. 16th St #205, Yuma, AZ 85364

A Community of Trustworthy Businesses

12/11/2024

Glennette Rodney
14485 seneca road 218
Victorville CA 92392

RE: **Complaint ID # 22607343**

Dear Glennette Rodney:

In regards to your correspondence concerning Ganas Auto, your position was communicated to the company. We regret to inform you that BBB was unsuccessful in obtaining a response from the company.

When a business does not respond to a dispute, its report with BBB is updated to reflect an unanswered dispute which has an adverse affect on its BBB rating. If the company has contacted you, please let us know so that our files may be updated. If not, we regret that BBB can be of no further assistance.

We appreciate you taking the time to contact BBB and report your experience. Please be assured that your complaint will remain in BBB's file for this company for three years, and may be referred to if a pattern of similar practices emerges.

Shelby Ruiz Cabrera
Your Better Business Bureau

# EQUIFAX

CREDIT FILE : August 01, 2024

Confirmation # 4214598205

Dear RODNEY GLENNETTE:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

(End of Report)
000012014-DISC

00001201A- DISC
RODNEY GLENNETTE
1448S SENECA RD APT 218
VICTORVILLE, CA 92392-9357

P.O. Box 105069
Atlanta, GA 30348

4214598205-EMB-0dad015a00000307-08012024

## What else should I know?

- You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investigation process and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You can then send us the written confirmation if the item continues to report on your credit file.

- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

# How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certified it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |
| *MONTCLAIR AUTOMOTIVE SERVICES52 INFINITI OF ONTARIO* |
| **>>> *The information you disputed has been received. The results are*:** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. *Inquiry Date: 07/31/2024* **CR** |

(End of Report)
00012014-DISC

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

(End of Report)
00012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## STATE OF CALIFORNIA - Consumer Credit Reporting Agencies Act

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8.00). There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven (7) years old. Bankruptcy information can be reported for ten (10) years.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer credit report.

You may request in writing that the information contained in your file not be provided to a third party for marketing purposes.

You have a right to place a "security alert" in your credit report, which will warn anyone who receives information in your credit report that your identity may have been used without your consent. Recipients of your credit report are required to take reasonable steps, including contacting you at the telephone number you may provide with your security alert, to verify your identity prior to lending money, extending credit, or completing the purchase, lease, or rental of goods or services. The security alert may prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that taking advantage of this right may delay or interfere with the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or cellular phone or other new account, including an extension of credit at point of sale. If you place a security alert on your credit report, you have a right to obtain a free copy of your credit report at the time the initial one year security alert period expires. A security alert may be requested by calling the following toll-free telephone number: 1-800-525-6285.

You have a right to bring civil action against anyone, including a consumer credit reporting agency, who improperly obtains access to a file, knowingly or willfully misuses file data, or fails to correct inaccurate file data.

If you are a victim of identity theft and provide to a consumer credit reporting agency a copy of a valid police report or a valid investigative report made by a Department of Motor Vehicles investigator with peace officer status describing your circumstances, the following shall apply:

You have a right to have any information you list on the report as allegedly fraudulent promptly blocked so that the information cannot be reported. The information will be unblocked only if (A) the information you provide is a material misrepresentation of the facts, (B) you agree that the information is blocked in error, or (C) you knowingly obtained possession of goods, services, or moneys as result of the blocked transactions. If blocked information is unblocked, you will be promptly notified.

You have a right to receive, free of charge and upon request, one copy of your credit report each month for up to 12 consecutive months.

If you have requested the credit file and not the credit score, you may request and obtain a credit score. The charge for the credit score is $7.95. To obtain a credit score from Equifax call (800) 685-1111.

You may also mail your request to:

Equifax
P.O. Box 105379
Atlanta, GA 30348-5379

Using any other address may delay the processing of your request. Please enclose a check for $7.95 payable to Equifax Information Services LLC with your request. Also include your complete name, complete address, social security number and date of birth.

(End of Report)
00001201 4-DISC

4214598205-EMB-0dad01 5a00000307-08012024

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## State of California - *Notice to California Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed as long as the information you disputed is retained in our credit reporting database.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

(End of Report)
00012014-DISC

4214598205-EMB-0dad015a0000307-08012024

# EQUIFAX

## CREDIT FILE : August 01, 2024

**Confirmation # 4214598205**

**Please address all future correspondence to:**
www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

### Personal Identification Information  *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | GLENNETTE DEAN RODNEY |
| Social Security #: | XXX-XX-4053    Date of Birth: March 15, 1984 |
| Current Address: | 14485 SENECA RD APT 218, Victorville, CA 92392 (760)596-0054  Reported: 07/2024 |
| Previous Address(es): | 1525 E 115TH ST 791, LOS ANGELES, CA 90059  Reported: 07/2024 |
| | 233 E 18TH ST, SAN BERNARDINO, CA 92404  Reported: 07/2024 |
| | 2222 W 74TH ST, LOS ANGELES, CA 90043  Reported: 07/2024 |
| | 475 ANTON BLVD, COSTA MESA, CA 92626  Reported: 07/2024 |
| | 364 E 17TH ST APT 7, SAN BERNARDINO, CA 92404  Reported: 07/2024 |
| | 2608 W 81ST ST, INGLEWOOD, CA 90305  Reported: 07/2024 |
| | 15450 NISQUALLI RD APT P106, VICTORVILLE, CA 92395  Reported: 07/2024 |
| | 1125 E 115TH ST APT 791, LOS ANGELES, CA 90059  Reported: 07/2024 |
| | 2222 W 7TH ST, LOS ANGELES, CA 90057  Reported: 07/2024 |

| | |
|---|---|
| Last Reported Employment: | SELFEMPLOYED1099 EMP; First Reported: 07/2020; Last Reported: 06/2024 |
| Previous Employment(s): | RODNEY'S HAIR SALON; First Reported: 09/2019; Last Reported: 06/2024 ; GLENETTS HAIR; First Reported: 03/2024; Last Reported: 03/2024 |

**ALERT(s):**    **File Blocked For Promotional Purposes**

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| Account Number | - | The Account number reported by credit grantor | Amount Past Due | - | The Amount Past Due as of the Date Reported |
|---|---|---|---|---|---|
| Date Acct. Opened | - | The Date that the credit grantor opened the account | Date of Last Paymnt | - | The Date of Last Payment |
| | | | Actual Pay Amt | - | The Actual Amount of Last Payment |
| | | | Sched Pay Amt | - | The Requested Amount of Last Payment |
| High Credit | - | The Highest Amount Charged | Date of 1st Delinquency | - | The Date of First Delinquency |
| Credit Limit | - | The Highest Amount Permitted | Date of Last Actvty | - | The Date of the Last Account Activity |
| Terms Duration | - | The Number of Installments or Payments | Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Terms Frequency | - | The Scheduled Time Between Payments | | | |
| Months Reviewed | - | The Number of Months Reviewed | Charge Off Amt | - | The Amount Charged Off by Creditor |
| Activity Designator | - | The Most Recent Account Activity | Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Creditor Class | - | The Type of Company Reporting The Account | Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |

(End of Report)
00001201 4-DISC

| Field | Description |
|---|---|
| Date Reported - | Date of Last Reported Update |
| Balance Amount - | The Total Amount Owed as of the Date Reported |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise |
| Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Date Closed - | The Date the Account was Closed |

**Account History Status Code Descriptions**

| | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G: Collection Account |
| 4 : 120-149 Days Past Due | H: Foreclosure |
| | J: Voluntary Surrender |
| | K: Repossession |
| | L: Charge Off |

## MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

Account Number *0003

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Credit Limit | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Activity Designator | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2024 | $2,006 | $0 | 06/20/2014 | $1,750 | $0 | $0 | $0 | | 240 Months | Monthly | | 07/2024 | | 99 | | 07/2026 | | | | | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/24 | $2,006 | $0 | $0 | 10/01/2023 | $1,750 | | $0 | Education Loan | |
| 05/24 | $2,006 | $0 | $0 | 09/01/2023 | $1,750 | | $0 | Education Loan | |
| 04/24 | $2,006 | $0 | $0 | 09/01/2023 | $1,750 | | $0 | Education Loan | |
| 03/24 | $2,006 | $0 | $0 | 09/01/2023 | $1,750 | | $0 | Education Loan | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $0 | $0 | $0 | 09/01/2023 | $1,750 | | $0 | Education Loan | |
| 12/23 | $0 | | | | $1,750 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan;

(End of Report)
000012014-DISC

42145982O5-EMB-0dad015a00000307-08012024

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 09/23 No Data Available | | | | | | | | |
| 08/23 $2,006 | | | 08/01/2023 | $1,750 | | | Education Loan | |
| 07/23 $2,006 | | | 07/01/2023 | $1,750 | | | Education Loan | |
| 06/23 $2,006 | | | 06/01/2023 | $1,750 | | | Education Loan | |
| 05/23 $2,006 | | | 05/01/2023 | $1,750 | | | Education Loan | |
| 04/23 $2,006 | | | 04/01/2023 | $1,750 | | | Education Loan | |
| 03/23 $2,006 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 02/23 $2,006 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 01/23 $2,006 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 12/22 $2,006 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 11/22 $2,006 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 10/22 $2,006 | | | 09/01/2022 | $1,750 | | | Education Loan | |
| 09/22 $2,006 | | | 09/01/2022 | $1,750 | | | Education Loan | |

### MOHELA/DEPT OF ED    633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date of Last Reported Update | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *0002 | 07/29/2024 | 07/25/2013 | $3,000 | | 240 Months | Monthly | 99 | | |

| | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $3,766 | $0 | | $0 | $0 | | 07/2024 | | | 07/2026 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan;

(End of Report)
000012014-DISC

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $3,823 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 05/24 | $3,804 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 04/24 | $3,799 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 03/24 | $3,799 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 02/24 | $3,768 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 01/24 | $3,768 | $0 | $0 | 09/01/2023 | | | $0 | Education Loan | |
| 12/23 | $3,768 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | $3,768 | | | 08/01/2023 | $3,000 | | | Education Loan | |
| 08/23 | $3,768 | | | 07/01/2023 | $3,000 | | | Education Loan | |
| 07/23 | $3,768 | | | 06/01/2023 | $3,000 | | | Education Loan | |
| 06/23 | $3,768 | | | 05/01/2023 | $3,000 | | | Education Loan | |
| 05/23 | $3,768 | | | 04/01/2023 | $3,000 | | | Education Loan | |
| 04/23 | $3,768 | | | 11/01/2022 | $3,000 | | | Education Loan | |
| 03/23 | $3,768 | | | 11/01/2022 | $3,000 | | | Education Loan | |
| 02/23 | $3,768 | | | 11/01/2022 | $3,000 | | | Education Loan | |
| 01/23 | $3,768 | | | 11/01/2022 | $3,000 | | | Education Loan | |

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number *0004 | Date Opened 06/20/2014 | High Credit $3,000 | Credit Limit | Terms Duration 240 Months | Terms Frequency Monthly | | |
|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 07/29/2024 | Balance Amount $3,662 | Amount Past Due $0 | Date of Last Payment | Actual Payment Amount $0 | Scheduled Payment Amount $0 | Date of 1st Delinquency | Date of Last Activity 07/2024 |
| Date Maj Del. 1st Reported | Charge Off Amount | Months Revd 99 | Deferred Pay Start Date 07/2026 | Balloon Pay Amount | Balloon Pay Date | Date Closed | Activity Designator   Creditor Classification |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/22 | $3,768 | | | | | | | | |
| 11/22 | $3,768 | | | | | | $0 | Education Loan | |
| 10/22 | $3,768 | | | 09/01/2022 | $3,000 | | | Education Loan | |
| 09/22 | $3,768 | | | 09/01/2022 | $3,000 | | | Education Loan | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $3,662 | $0 | $0 | 10/01/2023 | $3,000 | | $0 | Education Loan | |
| 05/24 | $3,716 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 04/24 | $3,698 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 03/24 | $3,692 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $3,662 | $0 | $0 | 09/01/2023 | $3,000 | | $0 | Education Loan | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan;

(End of Report)
000012014-DISC

**MOHELA/DEPT OF ED**   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/23 | $3,662 | $0 | | 09/01/2023 | $3,000 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $3,662 | | | 08/01/2023 | $3,000 | | | Education Loan | |
| 07/23 | $3,662 | | | 07/01/2023 | $3,000 | | | Education Loan | |
| 06/23 | $3,662 | | | 06/01/2023 | $3,000 | | | Education Loan | |
| 05/23 | $3,662 | | | 05/01/2023 | $3,000 | | | Education Loan | |
| 04/23 | $3,662 | | | 04/01/2023 | $3,000 | | | Education Loan | |
| 03/23 | $3,662 | | | 11/01/2022 | $3,000 | | | Education Loan | |
| 02/23 | $3,662 | | | 11/01/2022 | $3,000 | | $0 | Education Loan | |
| 01/23 | $3,662 | | | 11/01/2022 | $3,000 | | $0 | Education Loan | |
| 12/22 | $3,662 | | | 11/01/2022 | $3,000 | | $0 | Education Loan | |
| 11/22 | $3,662 | | | 11/01/2022 | $3,000 | | $0 | Education Loan | |
| 10/22 | $3,662 | | | 09/01/2022 | $3,000 | | | Education Loan | |
| 09/22 | $3,662 | | $3,000 | 09/01/2022 | | | | Education Loan | |

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of 1st | Date of Last | Date Maj | Months Revd | Charge Off | Activity Designator | Deferred Pay | Creditor Classification | Balloon | Balloon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *0005 | 02/05/2016 | $120 | | 240 Months | Monthly | | | | 94 | | | | | | |

| Date of Last | Balance | Amount | Date of Last | Actual Payment | Scheduled Payment | Date of 1st | Date of Last | Date Maj | Charge Off | Activity Designator | Deferred Pay | Balloon | Creditor Classification | Balloon | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

| Reported Update | Amount | Past Due | Payment | Amount | Delinquency | Del. 1st Reported Amount | Start Date | Pay Amount | Pay Date | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2024 | $140 | $0 | | $0 | 07/2024 | | 07/2026 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $140 | $0 | $0 | 10/01/2023 | $120 | | $0 | Education Loan | |
| 05/24 | $142 | $0 | $0 | 09/01/2023 | $120 | | $0 | Education Loan | |
| 04/24 | $141 | $0 | $0 | 09/01/2023 | $120 | | $0 | Education Loan | |
| 03/24 | $141 | $0 | $0 | 09/01/2023 | $120 | | $0 | Education Loan | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $140 | $0 | $0 | 09/01/2023 | $120 | | $0 | Education Loan | |
| 12/23 | $0 | $0 | | 09/01/2023 | $120 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $140 | $0 | | 08/01/2023 | $120 | | | Education Loan | |
| 07/23 | $140 | $0 | | 07/01/2023 | $120 | | | Education Loan | |
| 06/23 | $140 | $0 | | 06/01/2023 | $120 | | | Education Loan | |
| 05/23 | $140 | $0 | | 05/01/2023 | $120 | | | Education Loan | |
| 04/23 | $140 | | | 04/01/2023 | $120 | | | Education Loan | |
| 03/23 | $140 | | | 11/01/2022 | $120 | | $0 | Education Loan | |

(End of Report)

4214598205-EMB-0dad015a00000307-08012024

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 02/23 | $140 | | | 11/01/2022 | $120 | | Education Loan | |
| 01/23 | $140 | | | 11/01/2022 | $120 | | Education Loan | |
| 12/22 | $140 | | | 11/01/2022 | $120 | $0 | Education Loan | |
| 11/22 | $140 | | | 11/01/2022 | $120 | | Education Loan | |
| 10/22 | $140 | | | 09/01/2022 | $120 | | Education Loan | |
| 09/22 | $140 | | | 09/01/2022 | $120 | $0 | Education Loan | |

### MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator |
|---|---|---|---|---|---|---|---|
| *0006 | 06/09/2019 | $5,303 | | 24 Months | Deferred | 54 | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2024 | $5,491 | $0 | | $0 | $0 | | | | | 07/2026 | | | | |

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | |
| 06/24 | $5,600 | $0 | $0 | | $5,303 | $0 | Education Loan | |
| 05/24 | $5,601 | $0 | $0 | 10/01/2023 | $5,303 | $0 | Education Loan | |
| 04/24 | $5,565 | $0 | $0 | 10/01/2023 | $5,303 | $0 | Education Loan | |
| 03/24 | $5,553 | $0 | $0 | 10/01/2023 | $5,303 | $0 | Education Loan | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan - Payment Deferred;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $5,491 | $0 | | 10/01/2023 | $5,303 | | $0 | Education Loan | |
| 12/23 | $5,491 | $0 | $0 | 10/01/2023 | $5,303 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $5,491 | | | 08/01/2023 | $5,303 | | | Education Loan | |
| 07/23 | $5,491 | | | 07/01/2023 | $5,303 | | | Education Loan | |
| 06/23 | $5,491 | | | 06/01/2023 | $5,303 | | | Education Loan | |
| 05/23 | $5,491 | | | 05/01/2023 | $5,303 | | | Education Loan | |
| 04/23 | $5,491 | | | 04/01/2023 | $5,303 | | | Education Loan | |
| 03/23 | $5,491 | | | 11/01/2022 | $5,303 | | $0 | Education Loan | |
| 02/23 | $5,491 | | | 11/01/2022 | $5,303 | | $0 | Education Loan | |
| 01/23 | $5,491 | | | 11/01/2022 | $5,303 | | $0 | Education Loan | |
| 12/22 | $5,491 | | | 11/01/2022 | $5,303 | | $0 | Education Loan | |
| 11/22 | $5,491 | | | 11/01/2022 | $5,303 | | | Education Loan | |
| 10/22 | $5,491 | | | 10/01/2022 | $5,303 | | | Education Loan | |
| 09/22 | $5,491 | | | 09/01/2022 | $5,303 | | | Education Loan | |

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## MOHIELA/DEPT OF ED        633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number *0001 | Date Opened 07/25/2013 | High Credit $1,750 | Credit Limit | Terms Duration 240 Months | Terms Frequency Monthly | Months Revd 99 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 07/29/2024 | Balance Amount $2,064 | Amount Past Due $0 | Date of Last Payment | Actual Payment Amount $0 | Scheduled Payment Amount $0 | Date of 1st Delinquency | Date of Last Activity 07/2024 | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date 07/2026 | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Student Loan;

### Historical Account Information

| Date Reported Update | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $2,064 | $0 | $0 | 12/01/2023 | $1,750 | | $0 | Education Loan | |
| 05/24 | $2,064 | $0 | $0 | 12/01/2023 | $1,750 | | $0 | Education Loan | |
| 04/24 | $2,064 | $0 | $0 | 12/01/2023 | $1,750 | | $0 | Education Loan | |
| 03/24 | $2,064 | $0 | $0 | 12/01/2023 | $1,750 | | $0 | Education Loan | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $2,064 | $0 | $0 | 12/01/2023 | $1,750 | | $0 | Education Loan | |
| 12/23 | $2,064 | $0 | | 09/01/2023 | $1,750 | | $0 | Education Loan | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $2,064 | | | 08/01/2023 | $1,750 | | | Education Loan | |
| 07/23 | $2,064 | | | 07/01/2023 | $1,750 | | | Education Loan | |
| 06/23 | $2,064 | | | 06/01/2023 | $1,750 | | | Education Loan | |
| 05/23 | $2,064 | | | 05/01/2023 | $1,750 | | | Education Loan | |

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/23 | $2,064 | | | 04/01/2023 | $1,750 | | | Education Loan | |
| 03/23 | $2,064 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 02/23 | $2,064 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 01/23 | $2,064 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 12/22 | $2,064 | | | 11/01/2022 | $1,750 | | $0 | Education Loan | |
| 11/22 | $2,064 | | | 11/01/2022 | $1,750 | | | Education Loan | |
| 10/22 | $2,064 | | | 09/01/2022 | $1,750 | | | Education Loan | |
| 09/22 | $2,064 | | | 09/01/2022 | $1,750 | | | Education Loan | |

### CAPITAL ONE BANK USA NA    PO BOX 31293 Salt Lake City UT 841311293 : 8009557070

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *5452 | 09/28/2022 | | | | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Scheduled Payment Amount | Date of Last Payment | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/2024 | | | | | | | | 0 | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

### VEROS CREDIT, LLC    2333 N Broadway Ste 400 Santa Ana CA 927061656 : 8888918807

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *1010 | 07/08/2016 | $8,126 | | 47 Months | Monthly | 82 | | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Scheduled Payment Amount | Date of Last Payment | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/2024 | $5,696 | $5,696 | $1,600 | $1,600 | 10/2018 | 07/2018 | | | $5,682 | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Maker; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

(End of Report)
000012014-DISC

421459820S-EMB-0dad015a00000307-08012024

## Account History with Status Codes

06/2024 05/2024 04/2024 03/2024 02/2024 01/2024 12/2023 11/2023 10/2023 09/2023 08/2023 07/2023 06/2023 05/2023 04/2023 03/2023 02/2023 01/2023 12/2022 11/2022
10/2022 09/2022 08/2022 07/2022 06/2022 05/2022 04/2022 03/2022 02/2022 12/2021 11/2021 10/2021 09/2021 08/2021 06/2021 05/2021 04/2021 03/2021
02/2021 01/2021 12/2020 11/2020 10/2020 09/2020 08/2020 07/2020 06/2020 05/2020 04/2020 03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019
06/2019 05/2019 04/2019 03/2019 02/2019 01/2019 12/2018 11/2018 10/2018 09/2018 08/2018 07/2018 04/2018 03/2018
K  2      1    K    1

## Historical Account Information

### FINGERHUT/WEBBANK    6250 Ridgewood Rd Saint Cloud MN 56303082-0 : 3206543800

| Account Number | Date Opened | High Credit | Credit Limit | Amount Past Due | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *3583 | 01/08/2018 | $557 | $0 | | Monthly | | 17 | Paid | |

| Date of Last Reported Update | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported Amount | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/06/2024 | Past Due | 11/2018 | $0 | 04/2018 | | | | | | | |

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $5,696 | | $1,600 | 10/01/2018 | | | $5,696 | Auto | |
| 05/24 | $5,696 | | $1,600 | 10/01/2018 | | | $5,696 | Auto | |
| 04/24 | $5,696 | | $1,600 | 10/01/2018 | | | $5,696 | Auto | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process.

### CAPITAL ONE BANK USA NA    PO BOX 31293 Salt Lake City UT 84131293 : 800957070

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *5452 | 09/28/2022 | $690 | $300 | Monthly | | 20 | Closed | |

| Date of Last Reported Update | Amount Past Due | Actual Payment Amount | Scheduled Payment | Date of 1st Delinquency | Date of Last Activity | Date Maj Del: 1st Reported Amount | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2024 | $690 | $0 | $67 | 06/2024 | | | | | | | 03/2024 |

Status - 60 - 80 Days Past Due; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process.

## Account History with Status Codes

06/2024 06/2023 03/2023
1      1      1

(End of Report)
000012014-DISC

421459B205-EMB-0dad015a00000307-08012024

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | $633 | $64 | | 03/01/2024 | $633 | $300 | $25 | Credit Card | Closed |
| 05/24 | $578 | $48 | | 03/01/2024 | $578 | $300 | | Credit Card | Closed |
| 04/24 | $539 | $25 | | 03/01/2024 | $539 | $300 | $0 | Credit Card | Closed |
| 03/24 | $104 | $25 | | 03/01/2024 | $419 | $300 | | Credit Card | |
| 02/24 | $317 | $25 | | 01/01/2024 | $419 | $300 | | Credit Card | |
| 01/24 | $285 | $25 | | 12/01/2023 | $419 | $300 | | Credit Card | |
| 12/23 | $3 | $3 | | 11/01/2023 | $419 | $300 | | Credit Card | |

## CRB   1100 BROADWAY OAKLAND CA 94607   4192 : 8882365798

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *E6RY | 06/24/2023 | $40 | $1,000 | | Monthly | 08/2023 | 6 | Closed | |

| Date of Last Rept/Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del: 1st Reported Amount | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2024 | $0 | | | | | | | | | | | 10/2023 |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Credit Line Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Secured Credit Line; Account Closed Due to Inactivity;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 03/24 No Data Available | | | | | | | | |
| 02/24 No Data Available | | | | | | | | |
| 01/24 No Data Available | | | | | | | | |
| 12/23 No Data Available | | | | | | | | |
| 11/23 No Data Available | | | | | | | | |
| 10/23 $0 | | | | $40 | $1,000 | | Credit Line Secured | |
| 09/23 $0 | $40 | | | $40 | $1,000 | | Credit Line Secured | |
| 08/23 $40 | | | | $40 | $1,000 | | Credit Line Secured | |
| 07/23 $0 | | | | $0 | $1,000 | | Credit Line Secured | |
| 06/23 $0 | | | | $0 | $1,000 | | Credit Line Secured | |

## GANAS AUTO    1111 W MOCKINGBIRD LN STE 1500 DALLAS TX 752475070 : 214697765

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9068 | 02/05/2020 | $21,421 | | | Biweekly | 3 | Paid | |

| Date of Last Reported Update | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/17/2024 | | | | 03/2020 | | 08/2020 | | | | | |

**Balance Amount** $0

| Account History with Status Codes | 07/2020 | 06/2020 | 05/2020 |
|---|---|---|---|
| | K | 2 | 1 |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Paid Repossession; Auto;

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

(End of Report)
0000012014-DISC

*Inquiries that may impact your credit rating/score.*
*These are inquiries made by companies to whom you have applied for a loan or credit. They may remain on your file up to 2 years.*

| Company Information | Inquiry Date(s) |
|---|---|
| COMENITYCAPITAL/ROSSMC<br>3095 LOYAL TY CIR COLUMBUS OH 43219-3673 Phone: 6147294000 | 11/27/2023 |
| MONTCLAIR AUTOMOTIVE SERVICES<br>2192 INLAND EMPIRE BLVD ONTARIO CA 91764-1853 Phone: 9096255575 | 07/31/2024 |
| CAPITAL ON<br>PO Box 30253 Salt Lake City UT 841300253 Phone: 8006956950 | 03/23/2024 |
| VIVE/TBOM<br>203 E EMMA AVE SPRINGDALE AR 727644625 Phone: 8774863442 | 09/27/2022 |
| CAPITAL ONE BANK USA NA<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119 Phone: 1111111111 | 08/09/2023 09/19/2022 |
| CAPITAL ONE BANK USA NA<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119 Phone: 1111111111 | 09/30/2022 |

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
| --- | --- |
| CITIBANK NA<br>PO Box 6241 Sioux Falls SD 57117-6241  Phone: 8009955114 | 07/16/2024 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | 07/31/2024 07/31/2024 07/23/2024 06/18/2024 03/24/2024 |
| CALIFORNIA CREDIT UNION<br>5898 COPLEY DR SAN DIEGO CA 92111-7916  Phone: 8587697584 | 02/07/2024 02/03/2024 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 07/30/2024 07/13/2024 07/06/2024 06/25/2024 06/07/2024 05/29/2024 05/11/2024 05/10/2024 04/26/2024 04/17/2024 04/12/2024 04/09/2024 04/03/2024 04/03/2024 03/29/2024 03/27/2024 03/25/2024 03/23/2024 03/22/2024 03/21/2024 03/20/2024 03/12/2024 02/15/2024 02/13/2024 02/06/2024 02/05/2024 01/31/2024 01/23/2024 01/10/2024 01/09/2024 01/04/2024 12/20/2023 12/09/2023 11/29/2023 11/21/2023 11/04/2023 10/28/2023 |
| CAPITAL ONE AUTO FINANCE<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119  Phone: 1111111111 | 12/04/2023 08/09/2023 |
| MDG/GBWBANK<br>135 VETERANS MEMORIAL HWY SE MABLETON GA 301262613  Phone: 9058293538 | 02/22/2024 |
| VERIZON<br>401 S HIGH ST WEST CHESTER PA 19383-0001  Phone: 9163573336 | 06/18/2024 |
| PENTAGON FCU-ALEXANDRIA<br>7940 JONES BRANCH DR TYSONS CORNER VA 22102-3381  Phone: 7038381000 | 06/14/2024 |
| VERIZON WIRELESS<br>PO BOX 1771 LAKELAND FL 33802-0177  Phone: 1111111111 | 06/04/2024 |
| FAIR ISAAC CORP<br>200 SMITH RANCH RD SAN RAFAEL CA 94903-5551  Phone: 4154722211 | 06/15/2024 03/12/2024 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 07/20/2024 07/19/2024 07/03/2024 06/06/2024 06/02/2024 06/02/2024 05/25/2024 05/21/2024 05/11/2024 04/27/2024 04/20/2024 04/11/2024 04/04/2024 03/24/2024 03/05/2024 01/18/2024 01/11/2024 12/31/2023 12/23/2023 12/14/2023 06/01/2023 06/01/2023 |
| EQUIFAX<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 0000000000 | 06/01/2023 06/01/2023 |
| CAPITAL ONE BANK USA NA<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119  Phone: 1111111111 | 03/20/2024 |
| SYNCHRONY FINANCIAL<br>4125 WINDWARD PLZ ALPHARETTA GA 30005-8738  Phone: 8664194096 | 02/27/2024 02/22/2024 02/18/2024 |
| CITIZENS ONE<br>480 JEFFERSON BLVD WARWICK RI 02886-1359  Phone: 8007086680 | 02/17/2024 |
| PLAINS COMMERCE BANK/TOTAL<br>2700 S LORRAINE PL SIOUX FALLS SD 57106-3657  Phone: 6053397915 | 11/15/2023 |

(End of Report)
000012014-DISC

421459820 5-EMB-0dad015a00000307-08012024

| Company Information | Inquiry Date(s) |
|---|---|
| SAFERENT'S<br>P.O. BOX 3890 COPPELL TX 75019  Phone: 8883332413 | 09/25/2023 |
| CITIZENS COMMUNICATIONS<br>19 JOHN ST MIDDLETOWN NY 10940-4918  Phone: 4256650233 | 05/03/2024 |
| MDG USA INC.<br>422 THORNTON RD STE 106 LITHIA SPRINGS GA 30122-1581  Phone:<br>9058293538 | 07/23/2024 07/23/2024 |
| AMERICAN CREDIT ACCEPTANCE<br>961 E MAIN ST SPARTANBURG SC 29302-2185  Phone: 8646413305 | 03/19/2024 |
| CAPITALONE<br>11013 W Broad St Glen Allen VA 230606017 | 07/22/2024 |
| COMENITYCAPITALBANK/BREADPAY<br>220 W SCHROCK RD WESTERVILLE OH 43081-2873  Phone: 6147294754 | 02/17/2024 |
| CREDIT KARMA, INC.<br>760 MARKET ST FL 5 SAN FRANCISCO CA 94102-2401  Phone: 4156925722 | 07/23/2024 |
| TRUSTED ID/EQUIFAX<br>1201 W PEACHTREE ST NW ATLANTA GA 30309-3449  Phone: 8004589988 | 03/11/2024 01/12/2024 12/18/2023 11/13/2023 11/05/2023 |
| CIC/EXPERIAN RPTS<br>475 ANTON BLVD COSTA MESA CA 92626-7037  Phone: 8888888653 | 01/03/2024 |
| CREDIT KARMA, INC.<br>760 MARKET ST SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | 07/31/2024 07/22/2024 |
| CITI CARDS CBNA<br>PO Box 6241 Sioux Falls SD 571176241  Phone: 8009955114 | 01/23/2024 |
| CAPITAL ONE BANK USANA<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119  Phone: 1111111111 | 01/08/2024 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 03/07/2024 07/20/2024 07/11/2024 07/03/2024 06/22/2024 06/06/2024 06/02/2024 05/26/2024 05/21/2024 05/11/2024 04/26/2024 04/25/2024 04/20/2024 04/20/2024 04/19/2024 04/11/2024 04/11/2024 04/04/2024 04/03/2024 03/27/2024 03/27/2024 03/27/2024 03/24/2024 03/21/2024 03/21/2024 03/21/2024 03/12/2024 01/31/2024 01/23/2024 01/18/2024 01/11/2024 01/10/2024 01/10/2024 12/31/2023 12/23/2023 12/14/2023 12/07/2023 06/03/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 05/11/2024 05/11/2024 04/15/2024 04/14/2024 04/11/2024 04/04/2024 04/03/2024 04/03/2024 03/29/2024 03/27/2024 03/24/2024 03/21/2024 03/21/2024 03/21/2024 02/03/2024 01/23/2024 12/23/2023 12/14/2023 12/07/2023 |
| EQUIFAXBLK<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111 | 03/12/2024 01/31/2024 01/23/2024 01/18/2024 01/11/2024 01/10/2024 01/10/2024 |
| EQUIFAX<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111 | 04/03/2024 03/29/2024 03/21/2024 |
| CAPITAL ONE US CARD<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119  Phone: 1111111111 | 07/31/2024 07/30/2024 07/29/2024 07/26/2024 07/21/2024 07/13/2024 07/04/2024 07/01/2024 06/29/2024 06/25/2024 06/16/2024 06/07/2024 05/29/2024 05/28/2024 05/24/2024 05/21/2024 05/17/2024 05/11/2024 05/10/2024 04/28/2024 04/22/2024 04/18/2024 04/10/2024 04/09/2024 04/09/2024 04/05/2024 04/04/2024 03/29/2024 03/27/2024 03/25/2024 03/22/2024 03/21/2024 03/21/2024 03/15/2024 03/13/2024 03/11/2024 02/09/2024 02/06/2024 02/03/2024 01/23/2024 01/22/2024 01/20/2024 01/09/2024 12/22/2023 12/21/2023 12/20/2023 12/20/2023 12/18/2023 12/17/2023 12/02/2023 12/02/2023 11/11/2023 11/21/2023 10/24/2023 11/17/2023 11/14/2023 11/11/2023 10/20/2023 06/02/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 04/09/2024 12/13/2023 |
| CAPITAL ONE BANK NA<br>15000 CAPITAL ONE DR RICHMOND VA 23238-1119  Phone: 1111111111 | 10/26/2023 |
| EQUIFAX UPDATE<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2402  Phone: 8006851111 | 03/05/2024 02/24/2024 01/10/2024 12/13/2023 |

| Company Information | Inquiry Date(s) |
| --- | --- |
| DEALERTRACK INC.<br>1111 MARCUS AVE STE M04 NEW HYDE PARK NY 11042-1034  Phone: | 07/31/2024 |
| EQUIFAX<br>7702965059<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 8006851111 | 08/01/2024 07/30/2024 07/06/2024 06/27/2024 05/11/2024 04/26/2024 04/26/2024<br>04/17/2024 04/16/2024 04/12/2024 04/04/2024 04/03/2024 03/25/2024 03/25/2024<br>03/23/2024 03/23/2024 03/21/2024 03/20/2024 03/12/2024 03/12/2024 03/11/2024<br>03/11/2024 03/11/2024 03/11/2024 03/11/2024 03/11/2024 03/11/2024 03/11/2024 |
| NAVY FCU<br>PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700  Phone: | 05/17/2024 |
| VERVENT INC./ ADV<br>10182 TELESIS CT STE 300 SAN DIEGO CA 92121-4777  Phone: 8774843515 | 12/19/2023 11/15/2023 |
| DISCOVER FINANCIAL SERVICES/ADV<br>2500 LAKE COOK RD RIVERWOODS IL 60015-1838  Phone: 2244051645 | 12/28/2023 12/27/2023 12/25/2023 12/21/2023 12/14/2023 |
| GREEN DOT CORPORATION<br>3465 E FOOTHILL BLVD PASADENA CA 91107-6071  Phone: 6267652426 | 06/04/2024 |
| EQUIFAX CONSUMER SERVICES<br>1525 WINDWARD CONCOURSE ALPHARETTA GA 30005-4180  Phone: | 05/07/2024 |
| EQUIFAX CONSUMER SERVICES<br>7707405455 | 07/30/2024 06/15/2024 |
| EQUIFAX CONSUMER SERVICES<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 6785450506 | 11/15/2023 11/09/2023 |
| MID AMERICA BANK & TRUST ADV<br>216 W 2ND ST DIXON MO 65459-8048  Phone: 5737592121 | 02/21/2024 |
| EQUIFAX - TALX<br>11432 LACKLAND RD SAINT LOUIS MO 63146-3516  Phone: 3142147204 | 02/21/2024 |
| FMR, LLC DBA FIDELITY<br>100 SALEM ST SMITHFIELD RI 02917-1299  Phone: 6193922065 | 04/07/2024 |
| CSC CONSUMER ASSISTANCE CENTER<br>652 N SAM HOUSTON PKWY E STE 433 HOUSTON TX 77060-5900  Phone: | 06/06/2023 |
| CARVANA, LLC<br>2818785067<br>300 E RIO SALADO PKWY TEMPE AZ 85281-0800  Phone: 4807198809 | 03/08/2024 |
| CITIBANK NA/ADV<br>1 COURT SQ LONG ISLAND CITY NY 11120-0001  Phone: 6362612170 | 01/16/2024 12/11/2023 |
| MASSEYS<br>1515 S 21ST ST CLINTON IA 52732-6676  Phone: 1111111111 | 04/04/2024 |
| HYUNDAI MOTOR FINANCE/ADV<br>3161 MICHELSON DR STE 1900 IRVINE CA 92612-4418  Phone: 7143691670 | 07/01/2024 |
| FRONTIER<br>39 PUBLIC SQ STE 206 WILKES BARRE PA 18701-2502  Phone: 5706315955 | 05/03/2024 02/22/2024 |
| CONSUMERINFO.COM<br>1 City Blvd W Ste 401 Orange CA 928683621  Phone: 8888885653 | 03/07/2024 01/11/2024 |

(End of Report)
000012014-DISC

4214598205-EMB-0dad015a00000307-08012024

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  ○ a person has taken adverse action against you because of information in your credit report;

  ○ you are the victim of identity theft and place a fraud alert in your file;

  ○ your file contains inaccurate information as a result of fraud;

  ○ you are on public assistance;

  ○ you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | <br><br>a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax:      1-800-525-6285    www.equifax.com
   - Experian:     1-888-397-3742    www.experian.com
   - TransUnion:   1-800-680-7289    www.transunion.com

   An <u>initial fraud</u> alert stays in your file for at least one year. An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your <u>identity theft report</u>. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report.</u>

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

## *Commonly Asked Questions About Credit Files*

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect.  We will then check with the credit grantor, collection agency or public record source to see if any error has been reported.  Information that cannot be verified will be removed from your file.  If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems.  CCCS can help you analyze your situation and work with you to develop solutions.  There are more than 600 CCCS offices throughout the country.  Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

## *Facts You Should Know*

❍ The length of time an account or record remains in your credit file is shown below:
Collection Agency Accounts:  Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:    Accounts paid as agreed remain for up to 10 years from the Date  Reported.  Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:   Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:    Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship.  This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period.  This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information.  If you have always paid an account as agreed, the account should not have payment history status information.  Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

❍ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

❍ To protect your information from misuse, you should monitor any change in mail receipt patterns.  Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them.  Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number.  Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

❍ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

***Additional Notice to Consumer:***

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed as long as the information you disputed is retained in our credit reporting database.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

# EQUIFAX

## *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes .  To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

    Equifax Information Services LLC
    P.O. Box 105069
    Atlanta, GA 30348
    (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**   Yes     No

| *Confirmation Number:  4214598205* |
|---|

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states.To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:**  GLENNETTE DEAN RODNEY                 **SSN #:**  XXX-XX-4053
                                                                       **DOB:** March 15, 1984

**Current Address:** 14485 SENECA RD APT 218, Victorville, CA 92392

**Previous Address(es):**       1525 E 115TH ST 791, LOS ANGELES, CA 90059
                       233 E 18TH ST, SAN BERNARDINO, CA 92404

**Daytime Phone Number**                                                     **Evening Phone Number**

**List other names which you have used for credit in the past**

## Fraud Account Information

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑  Fraudulent account was established using personal identification without my authorization.

                         ❑  Fraudulent/unauthorized charges made on the account I established.

    ❑  Other (Please explain) _____

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # (   ) _____ - _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑  Fraudulent account was established using personal identification without my authorization.

                         ❑  Fraudulent/unauthorized charges made on the account I established.

    ❑  Other (Please explain) _____

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # (   ) _____ - _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑  Fraudulent account was established using personal identification without my authorization.

                         ❑  Fraudulent/unauthorized charges made on the account I established.

    ❑  Other (Please explain)

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # (   ) _____ - _____